THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR PEGRAM, Appellant.— Defendant appeals from a judgment of the County Court of Kings County, convicting him of the crime of robbery in the second degree, rendered on his plea of guilty, insofar as it imposes additional punishment under section 1944 of the Penal Law. Judgment unanimously affirmed. No opinion. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GERALD DONOVAN et al., Respondents, v. ANTHONY J. RIZZARDI, as Commissioner of Assessment and Taxation of the City of New Rochelle, et al.; Appellants. (1943 Tax.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. GERALD DONOVAN et al., Respondents, v. ANTHONY J. RIZZARDI, as Assessor of the' City of New Rochelle, et al., Appellants. (1945 Tax.) [40 Brewster Ter., City of New Rochelle.] — Appeals in certiorari proceedings from two orders reducing the assessments of improved real property in the city of New Rochelle for the tax years 1943 and 1945. Orders unanimously affirmed, with one bill of $50 costs and disbursements to respondents. No opinion. Present — Lewis, P. J., Hagarty, Adel, Aldrica and Nolan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HELEN EISENSTEIN, by Substitution JULIUS KLEIN, Respondent, v. ARTHUR J. McGREGOR, as Deputy and Acting Commissioner of Assessment and Taxation of the City of Yonkers, et al., Appellants. [Lots 8, 10, So. Broadway, City of Yonkers.] — In a certiorari proceeding to review the assessment of real property in the city of Yonkers for the purpose of taxation for the year 1945, order confirming referee's report and reducing assessment, unanimously affirmed, with $50 costs and taxable disbursements. The referee's finding of value, confirmed by the Special Term, is supported by evidence of the sales of the subject property in 1944 and 1945. Such sales were entitled to great weight, as evidence of value, under conditions which then existed with respect to unimproved property. Present — Lewis, P. J., Hagarty, Adel, Aldrich and Nolan, JJ.

CATHERINE A. QUINN, as Administratrix of the Estate of THOMAS P. QUINN, Deceased, Appellant, v. BROADWAY-NEW STREET CORPORATION; Respondent.— In an action to recover damages for the death of plaintiff's intestate, caused by a fall in a shaft in defendant's building, judgment, entered upon dismissal of the complaint at the close of plaintiff's case, unanimously affirmed, without costs. No opinion. Present — Lewis, P. J., Hagarty, Carswell, Aldrich and Nolan, JJ.

FRED A. SCHLANGER, Respondent, v. SAMUEL ALPER, Doing Business under the Name of ALPER BLOUSE Co., Appellant.— Action to recover commissions earned as salesman under a contract of employment, and for rent. Order on reargument, granting plaintiff's motion for a jury trial, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.